# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| United States of America<br>v.<br><br>Ahmad Iravani<br><br>*Defendant* | Case. 1:21-mj-00522<br>) Assigned to: Judge Meriweather, Robin M<br>) Assign Date: 7/12/2021<br>) Description: COMPLAINT W/ ARREST WARRAN<br>) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     Ahmad Iravani
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment       ☐ Superseding Indictment     ☐ Information    ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
18 U.S.C. § 1343 - Wire Fraud


Date:  07/12/2021                                                          /s/ Meriweather  2021.07.12 10:56:45 -04'00'

*Issuing officer's signature*

City and state:   Washington, D.C.                          United States Magistrate Judge Robin M. Meriweather
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 7/12/21 , and the person was arrested on *(date)* 7/12/21
at *(city and state)* DULLES, VA

Date: 7/12/21

*Arresting officer's signature*

GEORGE ALEXANDER, SPECIAL AGENT
*Printed name and title*