# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : **CASE NO. 21-MJ-00522** |
| v. | : |
| | : |
| **AHMAD IRAVANI,** | : |
| | : |
| Defendant. | : |

## ORDER

Upon consideration of the Consent Motion to Continue Preliminary Hearing and Exclude Time Under the Speedy Trial Act, it is hereby

**ORDERED** that the Motion is **GRANTED**; it is further

**ORDERED** that the preliminary hearing currently scheduled for August 3, 2021 at 3:00 P.M. be continued for good cause to October 1, 2021 at 3:00 P.M. before the Honorable G. Michael Harvey; it is further

**ORDERED** that the time between August 3, 2021 and September 30, 2021 be excluded for purposes of any computation under the Speedy Trial Act. The Court finds that the ends of justice served by granting of such continuance outweigh the best interests of the public and the defendant in a speedy trial, as the continuance will allow the defendant to review discovery, the government to provide additional discovery, and the parties to explore whether a pre-indictment resolution is possible.

_____
G. Michael Harvey
United States Magistrate Judge